

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00272-CR

Raymond Paul **SCHMIDT**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6225
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

This is an appeal from appellant's conviction under section 38.04 of the Texas Penal Code. Appellant's brief was due July 9, 2014. Instead of filing the brief, on July 9, 2014, appellant filed a "Motion for Abatement Until Decision by Court of Criminal Appeals." In the motion, appellant claimed that the issue in this appeal — the constitutionality of section 38.04 of the Texas Penal Code — has been recently resolved against appellant's position by the Court of Criminal Appeals in *Ex parte Jones*. However, a motion for rehearing had been filed. Appellant asserted that if the rehearing was denied, meaning the issue at hand was resolved against appellant, his counsel would file a brief pursuant to *Anders v. California*. However, if the rehearing was granted and the court reversed itself, a full brief on the merits relying on *Jones* would be filed. Based on the pending rehearing in *Jones*, and its applicability to the present appeal, appellant requested that we abate this appeal until "two weeks after the Court of Criminal Appeals issues its mandate in *Ex parte Jones*."

After reviewing the motion, we agreed that abatement was warranted and would save judicial time and resources. Accordingly, we granted appellant's motion in part and ordered the appeal abated. We further ordered appellant to notify this court in writing no later than five days after the date the mandate issues in *Ex parte Jones*. We advised that upon notification, the appeal would be reinstated and the court would set a new briefing deadline for appellant's brief.

On September 18, 2014, appellant filed a notice with this court, advising that the Texas Court of Criminal Appeals had issued mandate in *Ex parte Jones* on September 17, 2014, thereby finalizing the decision in that case. Accordingly, we **ORDER** the abatement lifted and the appeal reinstated on this court's docket. We further **ORDER** appellant to file his brief on or before **October 13, 2014**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court